IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAMBER SPINE TECHNOLOGIES,** Plaintiff, | **CIVIL ACTION** |
| v. | |
| **INTERMED RESOURCES TN, LLC,** Defendant. | NO. 22-3648 |

## ORDER

**AND NOW**, this 11th day of August, 2023, upon consideration of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to Identify the Real Party in Interest or to Transfer Venue under 28 U.S.C. §§ 1404 and 1406 (ECF No. 8) and any response and opposition thereto, it is **ORDERED** that the motion is **DENIED**. It is further **ORDERED** that Plaintiff is granted leave to amend its Complaint to identify the correct legal entity and any fictious name "doing business as" the Plaintiff pursuant to Federal Rule of Civil Procedure 15(a) within ten (10) days of the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**